HONORABLE RONALD B. LEIGHTON

09-CV-05165-ORD

FILED _____ LODGED
_____ RECEIVED

AUG 14 2009

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CLARDY WRIGHT JR.,

                Plaintiff,

v.

EDUCATIONAL CREDIT MANAGEMENT CORPORATION, ET AL.,

                Defendant.

NO. 09-5165 RBL

ORDER GRANTING MOTION TO DISMISS WITH PREJUDICE

[~~PROPOSED~~]

THIS MATTER came before the undersigned Judge of the above-entitled Court on defendant Education Credit Management Corporation's Motion for Case Dismissal for Failure to State a Claim and Enterprise Recovery System Inc.'s Notice of Joinder. The Court, being familiar with the files and records herein and having reviewed the following documents:

1)     Education Credit Management Corporation's Motion for Case Dismissal for Failure to State a Claim;

2)     Enterprise Recovery System Inc.'s Notice of Joinder;

3)     Defendant ECMC's Reply in Support of Motion and Dismissing Case; and

4)     ~~_____~~.

ORDER GRANTING MOTION TO
DISMISS WITH PREJUDICE -1

**GORDON & REES** LLP
701 5th Avenue, Suite 2130
Seattle, WA 98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822

1

2      Now, therefore, it is hereby

3      ORDERED that Education Credit Management Corporation's Motion for Case Dismissal

4   for Failure to State a Claim and Enterprise Recovery System Inc.'s Notice of Joinder is

5   GRANTED; it is further,

6      ORDERED that this matter is DISMISSED with prejudice and the case is closed.

7      DATED this 14th day of August, 2009.

8

9                                          _____
                                            Honorable Ronald B. Leighton
10

11  *Presented by:*

    GORDON & REES LLP
12

13  */s/ Jeffrey E. Bilanko*
    Jeffrey E. Bilanko, WSBA No. 38829
14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER GRANTING MOTION TO
DISMISS WITH PREJUDICE -2

**GORDON & REES** LLP
701 5th Avenue, Suite 2130
Seattle, WA 98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822